Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 13−18591−ABA
                      Chapter: 13
                      Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lawrence B Cousin                                    Annie R Cousin
   POB 2463                                                   aka Annie Newsome
   Vineland, NJ 08362                               POB 2463
                                                                Vineland, NJ 08362

Social Security No.:
   xxx−xx−1283                                                  xxx−xx−7945

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on January 25, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 25, 2018
JAN: bc

                                                                             Jeanne Naughton
                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Lawrence B Cousin  
Annie R Cousin  
    Debtors

Case No. 13-18591-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jan 25, 2018  
                        Form ID: 148     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.

```
db/jdb        +Lawrence B Cousin,   Annie R Cousin,    POB 2463,    Vineland, NJ 08362-2463
cr            +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                Mt. Laurel, NJ 08054-3437
513868783     +AMI Atlanticcare LLC,    PO Box 964,    Indianapolis, IN 46206-0964
514140274     +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
513868787     +Dental Health Center,    1772 E. Oak Rd.,    Vineland, NJ 08361-2504
513868790      Ocwen,    PO Box 780,    Waterloo, IA 50704-0780
513868791      Quest Diagnostics,    PO Box 4911,    SouthEastern, PA 19398-4911
513868792     +So Jersey HS Emg Phys.,    PO Box 7975,    Lancaster, pa 17604-7975
513868793     +South Jersey Radiology,    P.O. Box 1710,    Voorhees, NJ 08043-7710
514110723     +U.S. Bank National Association, as Trustee for Str,    Ocwen Loan Servicing, LLC,
                Attn: Bankruptcy Department,    1100 Virginia Drive, Suite 175,
                Fort Washington, PA 19034-3278
515565824     +US BANK N.A., AS TRUSTEE et.al.,    Americas Servicing Company,
                ATTENTION: Bankruptcy Department,    MAC #D3347-014,    3476 STATEVIEW BOULEVARD,
                FORT MILL, SC 29715-7203
513868794     +University Doctors,    PO Box 635,    Bellmawr, NJ 08099-0635
513868796     +Virtua Health Berlin,    PO Box 8500,    Philadelphia, PA 19178-8500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2018 23:28:41     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2018 23:28:37     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515363123     +EDI: WFFC.COM Jan 25 2018 23:08:00     AMERICAS SERVICING COMPANY AS SERVICER, et.al.,
                Americas Servicing Company,    ATTENTION: Bankruptcy Department,    MAC #D3347-014,
                3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203
513868784      EDI: WFFC.COM Jan 25 2018 23:08:00     ASC,    POB 10388,    Des Moines, IA 50306-0388
514231458     +EDI: WFFC.COM Jan 25 2018 23:08:00     America's Servicing Company,
                ATTENTION: Bankruptcy Department MAC#D33,    3476 STATEVIEW BLVD,    FORT MILL, SC 29715-7203
513998500      EDI: AIS.COM Jan 25 2018 23:08:00     American InfoSource LP as agent for,    Verizon,
                PO Box 248838,    Oklahoma City, OK 73124-8838
513868782     +EDI: RMCB.COM Jan 25 2018 23:08:00     American Medical Collection Agency,    PO Box 1235,
                Elmsford, NY 10523-0935
513912200     +E-mail/Text: legal@castlecredit.com Jan 25 2018 23:29:15     Castle Credit Corporation,
                8430 West Bryn Mawr Avenue, Suite 750,    Chicago, Illinois 60631-3475
513868785     +EDI: CONVERGENT.COM Jan 25 2018 23:08:00     Convergant Outsourcing Inc.,    PO Box 9004,
                Renton, WA 98057-9004
513868788      EDI: DIRECTV.COM Jan 25 2018 23:08:00     Direct TV,    PO Box 11732,    Newark, NJ 07101
514064823      EDI: RMSC.COM Jan 25 2018 23:08:00     GE Capital Retail Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
513896097      E-mail/Text: ebn@vativrecovery.com Jan 25 2018 23:28:21     Palisades Acquisition IX, LLC,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                PO Box 40728,    Houston TX 77240-0728
513868795     +EDI: VERIZONWIRE.COM Jan 25 2018 23:08:00     Verizon,    PO Box 25505,
                Lehigh Valley, PA 18002-5505
                                                                                                TOTAL: 13
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
513868786     ##+Delaware Valley Urology,    2003B Lincoln Dr. West,    Marlton, NJ 08053-1529
513868789     ##+Imperial Credit Systems Inc.,    125 N. Parkside suite 302,    Colorado, CO 80909-7025
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Jan 25, 2018
                              Form ID: 148               Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    GMAC MORTGAGE CORPORATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    GMAC MORTGAGE CORPORATION jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Terry  Tucker    on behalf of Joint Debtor Annie R Cousin terrytucker@comcast.net
              Terry  Tucker    on behalf of Debtor Lawrence B Cousin terrytucker@comcast.net
                                                                                             TOTAL: 7
```