UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

806971
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR SG MORTGAGE SECURITIES
TRUST 2006-FRE2, ASSET BACKED CERTIFICATES,
SERIES 2006-FRE2

**Order Filed on June 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    LAWRENCE B COUSIN
    ANNIE R COUSIN A/K/A ANNIE NEWSOME

    Debtor(s)

Case No.: 13-18591 - ABA

Hearing Date: 06/19/2018

Judge: Andrew B. Altenburg, Jr

Chapter: 13

Recommended Local Form: ☐ Followed ☒ Modified

## ORDER VACATING STAY

___    The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 19, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SG

MORTGAGE SECURITIES TRUST 2006-FRE2, ASSET BACKED CERTIFICATES, SERIES

2006-FRE2, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain

property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or

resume and prosecute to conclusion one or more actions in the court(s) of appropriate

jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

> 2274 SUNSET AVE, VINELAND, NJ 08360 N/K/A 2274 SUNSET
> AVENUE, VINELAND, NJ 08360-2651

It is further ORDERED that the movant, its successors or assignees, may proceed with its

rights and remedies under the terms of the subject mortgage and pursue its state court remedies

including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing

other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or

deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's

assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:


It is further **ORDERED** that the movant may join the debtor and any trustee

appointed in this case as defendants in its action(s) irrespective of any conversion to any other

chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered

an appearance on the motion.

*rev. 7/12/16*