|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>806971<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE FOR SG MORTGAGE SECURITIES<br>TRUST 2006-FRE2, ASSET BACKED CERTIFICATES,<br>SERIES 2006-FRE2 | **Order Filed on June 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>    LAWRENCE B COUSIN<br>    ANNIE R COUSIN A/K/A ANNIE NEWSOME<br><br>Debtor(s) | Case No.: 13-18591 - ABA<br><br>Hearing Date: 06/19/2018<br><br>Judge: Andrew B. Altenburg, Jr<br><br>Chapter: 13 |

Recommended Local Form: ☐ Followed ☒ Modified

# ORDER VACATING STAY

___ The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 19, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-FRE2, ASSET BACKED CERTIFICATES, SERIES 2006-FRE2, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

> 2274 SUNSET AVE, VINELAND, NJ 08360 N/K/A 2274 SUNSET AVENUE, VINELAND, NJ 08360-2651

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:


It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 13-18591-ABA
Lawrence B Cousin                                                        Chapter 13
Annie R Cousin
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1              Date Rcvd: Jun 19, 2018
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2018.
db/jdb         +Lawrence B Cousin,    Annie R Cousin,    POB 2463,    Vineland, NJ 08362-2463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                       Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    GMAC MORTGAGE CORPORATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    GMAC MORTGAGE CORPORATION jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. Bank National Association, as Trustee for SG
               Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SG
               MORTGAGE SECURITIES TRUST 2006-FRE2, ASSET BACKED CERTIFICATES, SERIES 2006-FRE2
               nj.bkecf@fedphe.com
              Terry   Tucker    on behalf of Debtor Lawrence B Cousin terrytucker@comcast.net
              Terry   Tucker    on behalf of Joint Debtor Annie R Cousin terrytucker@comcast.net
                                                                                             TOTAL: 9